UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| DURRELL A. BROWN, | ) | No. ED CV 09-1821-GHK (PLA) |
| Petitioner, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| M.D. McDONALD, Warden, et al., | ) ) | |
| Respondents. | ) ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 2, 2010

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE